IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERRIN HAMILTON                                                                                                    PLAINTIFF

v.                                            Case No. 1:25-cv-1034

FRANK BISIGNANO, Social Security
Administration                                                                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that Defendant's Unopposed Motion to Remand (ECF No. 11) be granted. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court hereby adopts the R&R (ECF No. 13) in toto. Accordingly, Defendant's Unopposed Motion to Remand (ECF No. 11) is hereby **GRANTED**. Plaintiff's case is hereby remanded to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED**, this 8th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge