IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERRIN HAMILTON                                                                                                      PLAINTIFF

v.                                            Case No. 1:25-cv-1034

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Singleton recommends that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (ECF No. 15) be granted and Plaintiff be awarded $7,500 in attorney's fees. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 16) in toto. Accordingly, Plaintiff's Motion for Attorney's Fees (ECF No. 15) is **GRANTED**. Plaintiff is awarded $7,500 in attorney's fees.

**IT IS SO ORDERED**, this 17th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge